IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02931-RPM

MIKELEEN REED,

    Plaintiff,
v.

DAVID R. POWELSON;
POWER WORLD, LLC;
B.W.L. HOLDINGS, LLC;
B.W.L. PARTNERSHIP, LLLP;
TRAIL RIDGE MARINA;
FIVESTAR MARINA, INC.;
FIVESTAR RENTALS;
GRAND LAKE MOTOR SPORTS;
PHLARE ORGANIZATION, LLC;
GEEZER CLUBS, LLC;
TRI-R LEASING, LLC;
TRI-R SYSTEMS CORPORATION;
TRI-R HOLDINGS, LLC;
COLORADO SPRINGS WASTE AND RECYCLING, LLC;
DATAGUARD USA, LLC;
ATTICUS, INC.;
TRM, LLC;

    Defendants.

_____

ORDER FOR ADMINISTRATIVE CLOSURE
_____

    Upon review of plaintiff's Motion for Administrative Closure or, in the Alternative, Motion to Stay Proceedings [2] filed on December 10, 2010, it is

    ORDERED that this case is administratively closed, to be reopened upon good cause shown.

    DATED:   December 15th, 2010

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior Judge