IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02931-RPM

MIKELEEN REED,

    Plaintiff,
v.

DAVID R. POWELSON;
POWER WORLD, LLC;
B.W.L. HOLDINGS, LLC;
B.W.L. PARTNERSHIP, LLLP;
TRAIL RIDGE MARINA;
FIVESTAR MARINA, INC.;
FIVESTAR RENTALS;
GRAND LAKE MOTOR SPORTS;
PHLARE ORGANIZATION, LLC;
GEEZER CLUBS, LLC;
TRI-R LEASING, LLC;
TRI-R SYSTEMS CORPORATION;
TRI-R HOLDINGS, LLC;
COLORADO SPRINGS WASTE AND RECYCLING, LLC;
DATAGUARD USA, LLC;
ATTICUS, INC.;
TRM, LLC;

    Defendants.
_____

ORDER TO REOPEN ADMINISTRATIVELY CLOSED CASE
_____

    Upon review of plaintiff's Motion for To Reopen Administratively Closed Case for Good Cause [4] filed on December 5, 2011, it is

    ORDERED that the motion is granted.

    DATED:    January 26th, 2012

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior Judge