IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02931-RPM-KLM

MIKELEEN REED,

    Plaintiff,

v.

DAVID R. POWELSON; *et al*:

    Defendants.

___

**ORDER REGARDING UNOPPOSED MOTION PURSUANT TO FED. R. CIV. P. 41(a)(2) TO DISMISS CERTAIN PARTY DEFENDANTS**
___

    Upon review of the file and the Unopposed Motion Pursuant to Fed. R. Civ. P. 41(a)(2) to Dismiss Certain Party Defendants [Dkt. #32] filed May 24, 2012, it is

    ORDERED that the Motion is granted. Defendants Trail Ridge Marina, Grand Lake Motor Sports, Geezer Clubs LLC, Tri-R Leasing, LLC, Tri-R Systems Corporation, Tri-R Holdings, LLC, Colorado Springs Waste and Recycling, LLC and Atticus, Inc. are dismissed. All Parties remain responsible for their own fees and costs.

    DATED: May 25th, 2012.

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior U.S. District Judge