**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                    July 19, 2012
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki
_____

Civil Action No. 10-cv-02931-RPM

MIKELEEN REED,                                          Diane Smith-King

Plaintiff,

v.

DAVID R. POWELSON;                                      C. Forrest Morgan, III
POWER WORLD, LLC;                                       Laura E. Schwartz
B.W.L. HOLDINGS, LLC;
B.W.L. PARTNERSHIP, LLLP;
FIVESTAR MARINA, INC.;
FIVESTAR RENTALS;
PHLARE ORGANIZATION, LLC;
DATAGUARD USA, LLC;
TRM, LLC;

        Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Partial Dismissal of Claims**

**10:00 a.m.        Court in session.**

Court's preliminary remarks and states its summary of the procedural history of the case.

10:05 a.m. Mr. Morgan answers questions asked by the Court.
Argument by Mr. Morgan.

10:24 a.m.        Argument by Ms. Schwartz.

**ORDERED:        Defendants' Motion for Partial Dismissal of Claims [24], is granted in part and**
**                denied in part.**
**                The exercise of supplemental jurisdiction with respect to plaintiff's state law claims**
**                is declined. Those claims are dismissed without prejudice.**
**                Case will proceed with respect to plaintiff's Title VII and ADEA claims.**
**                All defendants are dismissed except for Power World, LLC and**
**                B.W. L. Holdings, LLC.**
**                Scheduling Conference set for September 7, 2012 at 2:00 p.m.**

**10:30 a.m.        Court in recess.**    Hearing concluded.  Total time: 30 min.