IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02931-RPM

MIKELEEN REED,

      Plaintiff,

v.

DAVID R. POWELSON;
POWER WORLD, LLC;
B.W.L. HOLDINGS, LLC;
B.W.L. PARTNERSHIP, LLLP;
TRAIL RIDGE MARINA;
FIVESTAR MARINA, INC.;
FIVESTAR RENTALS;
GRAND LAKE MOTOR SPORTS;
PHLARE ORGANIZATION, LLC;
GEEZER CLUBS, LLC;
TRI-R LEASING, LLC;
TRI-R SYSTEMS CORPORATION;
TRI-R HOLDINGS, LLC;
COLORADO SPRINGS WASTE AND RECYCLING, LLC;
DATAGUARD USA, LLC;
ATTICUS, INC.;
TRM, LLC;

      Defendants.
_____

ORDER OF DISMISSAL OF CERTAIN DEFENDANTS AND OF THE STATE LAW CLAIMS
WITHOUT PREJUDICE
_____

      From the hearing held today on the pleading designated Defendants' Motion for Partial Dismissal of Claims [24] and after consideration of the papers filed and the arguments of counsel the Court finds and concludes that jurisdiction under 28 U.S.C. §1331 was invoked by the Fourth Claim for Relief alleging violations of the ADEA and that the First, Second, Third and Fifth Claims for Relief became viable upon issuance of the right to sue letter by the EEOC on September 21, 2011 as reflected in the Order to Reopen Administratively Closed Case on January 26, 2012. Upon examining the Sixth Claim through Tenth Claims for Relief, the Court finds that supplemental jurisdiction is declined because those claims are not sufficiently connected to the federal claims and they are alleged against defendants who

have no liability under Title VII and who are not named in the charges of discrimination filed. Accordingly, it is now

ORDERED that the Sixth through Tenth Claims for Relief are dismissed without prejudice for lack of jurisdiction and it is

FURTHER ORDERED that all defendants other than Power World, LLC and B.W.L. Holdings, LLC are dismissed from the First, Second, Third, Fourth and Fifth Claims for Relief and it is

FURTHER ORDERED that this civil action is now at issue between the plaintiff and defendants Power World, LLC and B.W.L. Holdings, LLC, who answered on April 9, 2012. A scheduling conference will be held September 7, 2012 at 2:00 p.m.

DATED:   July 19th, 2012

BY THE COURT:

s/ Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge