IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02931-RPM

MIKELEEN REED,

    Plaintiff,

v.

DAVID R. POWELSON and
B.W.L. HOLDINGS, LLC,

    Defendants.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

    Upon review of the file and the Stipulation for Dismissal With Prejudice filed by the parties on December 10, 2012, it is

    ORDERED that the Motion is granted, and all pending claims are dismissed with prejudice.  All Parties shall pay their own costs and attorneys' fees.

    DATED:  December 10th, 2012.

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____

                                        Richard P. Matsch, Senior U.S. District Judge